**Opinion issued August 30, 2018**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-18-00326-CV

———————————

## IN RE C. ED HARRELL AND HUGHES WATTERS ASKANASE, LLP, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, C. Ed Harrell and Hughes Watters Askanase, LLP, have filed a petition for writ of mandamus, seeking to set aside the trial court's order that requires them to represent real parties in interest, AES Valves, LLC and IES International Energy Services, Ltd., in post-judgment discovery.[1]

---

[1]     The underlying case is *KOBI Int'l, Inc. d/b/a KOBI Group, v. AES Valves, LLC and IES Int'l Energy Servs., Ltd.*, cause number 2016-61999, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

We **deny** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We withdraw our April 26, 2018 Order that granted an emergency stay.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.